

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/04/2021
```

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

January 4, 2021

BY ECF

Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10601

**SO ORDERED:**

*/s/ Katharine H. Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
01/04/2021

Re: Nelson A. Herrera v. Comm'r of Soc. Sec.
20 Civ. 7910 (KHP)

Dear Judge Parker:

Pursuant to the schedule in the above-referenced Social Security case, the administrative record is due on January 7, 2021. We write respectfully to request, with the consent of plaintiff's counsel, that the time to file the record be extended for 60 days, until March 8, 2021. The reason for this request is the Social Security Administration needs more time to prepare the record due to telecommuting and other workplace changes in response to the pandemic. No prior adjournment has been requested in this matter. We appreciate the Court's consideration of this request.

Respectfully,

AUDREY STRAUSS
Acting United States Attorney

By:  *s/ Susan D. Baird*
SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
Susan.Baird@usdoj.gov

cc: William E. Leavitt, Esq.