USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/03/2021

**MEMO ENDORSED**

# William E. Leavitt
*Attorney at Law*
305 Broadway, Ste. 301
New York, NY 10007
(212) 897-5852
WilliamLeavitt@hotmail.com

June 2, 2021

Katherine H. Parker
United States Magistrate Judge
U.S. District Court
500 Pearl St.
New York, NY 10601

**APPLICATION GRANTED:** Plaintiff's deadline to file the joint stipulation is hereby extended to <u>July 6, 2021.</u>

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
06/03/2021

RE: *Herrera v. Comm. of SSA,* 20 Civ. 7910

Honorable Magistrate Parker:

This is a request for a 30-day extension of time in which to serve the joint stipulation pursuant to your rules for social security cases. It is currently due on June 5, 2021. Counsel for the government does not object. This is my first request for an extension in this case. I am a solo practitioner, and since the onset of the pandemic, I have sadly lost my office staff who assisted me in all aspects of the practice. The settlement efforts did not fail until May 6, 2021, and I have not had enough time to complete the submission. Thank You for your consideration.

Respectfully,

*W.E.H*

William E. Leavitt, Esq.
Attorney for Plaintiff

cc: Susan D. Baird, AAG