```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Nelson A. Herrera,

                 Plaintiff,

            -against-

Commissioner of Social Security,

                 Defendant.
-------------------------------------------------------------X

**ORDER**
**IN SOCIAL SECURITY CASE**

20-cv-7910 (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge**.

      Pursuant to Plaintiff's request at ECF No. 20, an extension of time was granted to submit the joint stipulation by July 6, 2020. There has been no additional requests for time and the Court has not received the parties' Joint Stipulation. The parties shall file the Joint Stipulation by no later than July 30, 2021.

      SO ORDERED

Dated: July 19, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge