# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

NELSON A. HERRERA,

                            Plaintiff,                           20 **CIVIL** 7910 (KHP)

         -v-                                              **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                            Defendant.

------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion dated October 21, 2021, Plaintiff's motion for judgment on the pleadings is denied, and Defendant's motion for judgment on the pleadings is granted (ECF No. 25.)

**Dated:**  New York, New York
           October 21, 2021

                                                         **RUBY J. KRAJICK**
                                                        _____
                                                          **Clerk of Court**
                                       **BY:**
                                                           **Deputy Clerk**